**JOHN L. BURRIS, Esq., SBN 69888**
**BEN NISENBAUM, Esq. SBN 222173**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200 Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GREEN, and NELSON DECUIRE, both individually and as Successors-in-Interest for Decedent JACOB MOSES GREEN,<br><br>             Plaintiffs,<br>     v.<br><br>COUNTY OF SACRAMENTO, a municipal corporation; CITY OF CITRUS HEIGHTS, a municipal corporation; ERIC HENDERSON, an individual,  DOES 1-50, inclusive; individually and in their official capacities as Deputy Sheriffs for the COUNTY OF SACRAMENTO and Police Officer's for the CITY OF CITRUS HEIGHTS,<br><br>             Defendants. | Case No.: 2:13-cv-00949 JLN KJN<br><br>**STIPULATION AND ORDER TO FILE FIRST-AMENDED COMPLAINT** |

### **STIPULATION**

WHEREAS, Plaintiffs in the above-entitled action filed the Complaint in this action on May 13, 2013.

Stipulation and Order to File First-Amended Complaint.                                             1

1  WHEREAS, Plaintiffs and Defendant COUNTY OF SACRAMENTO have exchanged Initial Disclosures in this action.

WHEREAS, Plaintiffs were unaware before the exchange of initial disclosures of the names and identities of certain unidentified, fictitiously named DOE defendants.

WHEREAS, Plaintiffs, counsel, and Defendant COUNTY OF SACRAMENTO have conferred regarding the filing of the proposed First-Amended Complaint, attached hereto as Exhibit A.

WHEREFORE, the parties stipulate that Plaintiffs may file the proposed First-Amended Complaint, attached hereto as Exhibit A.  The Court should note the proposed First-Amended Complaint has the effect of dismissing Defendant CITY OF CITRUS HEIGHTS and unknown DOE CITY OF CITRUS HEIGHTS police officers, as contemplated in the parties Joint Status Report filed in this action on August 7, 2013.

IT IS SO STIPULATED.

**LAW OFFICE OF JOHN BURRIS**

Dated: December 6, 2013        /s/ Benjamin Nisenbaum
                               Benjamin Nisenbaum
                               Attorney for Plaintiffs


Dated:  December __, 2013      LONGYEAR, O'DEA & LAVRA, LLP

                               By: /s/ Van Longyear            .
                               VAN LONGYEAR
                               PETER C. ZILAFF
                               Attorneys for Defendant
                               County of Sacramento

Stipulation and Order to File First-Amended Complaint.                    2

# (PROPOSED) ORDER

PURSUANT TO THE FOREGOING STIPULATION, good cause shown, Plaintiffs may file the First-Amended Complaint, attached to the instant stipulation as Exhibit A. The filing of the First-Amended Complaint is without prejudice to any of Defendants' rights to assert any defenses or motions as to the sufficiency of the First-Amended Complaint.

**IT IS SO ORDERED.**

DATED: December 6, 2013

_____
Troy L. Nunley
United States District Judge