1  JOHN L. BURRIS, Esq., SBN 69888
   BEN NISENBAUM, Esq. SBN 222173
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Center
3  7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200 Facsimile: (510) 839-3882
5  John.Burris@johnburrislaw.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DONNA GREEN, and NELSON DECUIRE,   ) Case No.: 2:13-cv-00949 TLN KJN
    both individually and as Successors-in- )
12  Interest for Decedent JACOB MOSES   )
                                         )
13  GREEN,                               ) **STIPULATION AND ORDER TO**
                                         ) **EXTEND DATE OF EXPERT**
14              Plaintiffs,              ) **WITNESS DESIGNATIONS**
           v.                            )
15                                       )
    COUNTY OF SACRAMENTO, a municipal    )
16  corporation; CITY OF CITRUS HEIGHTS, a )
    municipal corporation; ERIC HENDERSON, )
17  an individual,  DOES 1-50, inclusive; )
    individually and in their official capacities as )
18  Deputy Sheriffs for the COUNTY OF    )
    SACRAMENTO and Police Officer's for the )
19  CITY OF CITRUS HEIGHTS,              )
                                         )
20              Defendants.              )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25                                       )
   _____ )
26

27

28

Stipulation and Order to Extend Date of Expert Witness Designations    1

# STIPULATION

WHEREAS, Plaintiffs in the above-entitled action filed the Complaint in this action on May 13, 2013.

WHEREAS, Expert Witness Designations are currently due on October 10, 2014.

WHEREAS, the last day to hear Dispositive Motions is currently set for February 12, 2015;

WHEREAS, the trial of this action is currently set for August 3, 2015.

WHEREAS, Plaintiffs' counsel has been in trial in *Espinosa v. City and County of San Francisco,* CAND case no. C 06-34686 JSW, since selecting a jury on September 3, 2014 until yesterday, October 8, 2014.

WHEREAS, expert witnesses retained by Plaintiffs will not have their expert reports ready prior by October 10, 2014, due to a miscommunication in getting records to the expert witnesses.

WHEREAS, a 14 day extension should not impact the Court's pre-trial scheduling order in any other way.

WHEREFORE, The parties stipulate to extend the date of expert witness designations and exchange of expert reports by 14 days, to October 24, 2014.

IT IS SO STIPULATED.

**LAW OFFICE OF JOHN BURRIS**

Dated: October 14, 2014            _/s/Benjamin Nisenbaum_____
                                   Ben Nisenbaum
                                   Attorney for Plaintiffs

Dated:  Octotber 9, 2014           LONGYEAR, O'DEA & LAVRA, LLP

                                   By:  */s/ Van Longyear*                .
                                   VAN LONGYEAR
                                   PETER C. ZILAFF
                                   Attorneys for Defendant
                                   County of Sacramento

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, good cause shown, the date of expert witness designations is hereby extended by 14 days to October 24, 2014. No other dates in the Court's Pre-Trial Scheduling Order in this case shall be affected by the extension.

**IT IS SO ORDERED.**

Dated: October 14, 2014

Troy L. Nunley
United States District Judge